IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA           :
                                   :
          v.                       :          1:08CR446-2
                                   :
TRAVIS DESMOND SHORT               :

**ORDER**

On October 31, 2013, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 59 and 60.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Defendant's letter motion (Doc. 45) is **DENIED** without prejudice to Defendant presenting his request to the Bureau of Prisons.

This the 18th day of February, 2014.

_____
United States District Judge